UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

RUSSELL DALE BROOKS,

    Plaintiff,

v.                        No.: 3:12-cv-637-TAV-CCS

UNION COUNTY SHERIFF'S DEPT., et al.,

    Defendants.

**MEMORANDUM AND ORDER**

This *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983 was dismissed as frivolous and for failure to state a claim upon which relief can be granted under § 1983. Plaintiff has filed a motion to alter or amend the judgment, and asks the Court to rescind the order of dismissal. He has also filed a motion to amend his complaint, a motion to appoint counsel, and a motion to consolidate his case with Civil Action No. 3:13-cv-110, which is another case plaintiff filed that was dismissed as frivolous.

In his complaint, plaintiff alleged that he was denied medical care in violation of his civil rights. Plaintiff did not, however, make specific allegations against specific individuals and for that reason his complaint was dismissed. In his motion to alter or amend, plaintiff again asserts his allegations without naming specific individuals. Likewise, in the motion to amend, he names several defendants he wishes to add to this action but without making specific allegations against any defendant. Accordingly, plaintiff's pending motions to

amend [Doc. 5], to appoint counsel [Doc. 6], to consolidate [Doc. 7], and to alter or amend [Doc. 8] are **DENIED**.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE